UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO. 3:22-cv-30041

| | |
|---|---|
| STEPHEN FOOTE, et al.       )<br>    Plaintiffs       )<br>       )<br>vs.       )<br>       )<br>LUDLOW SCHOOL COMMITTEE, et al.       )<br>    Defendants       ) | |

## DEFENDANTS' MOTION TO DISMISS

Now come the defendants in the above-captioned action and respectfully move this Court, pursuant to Fed. R. Civ. P. 12(b)(1), to dismiss plaintiffs' Amended Complaint for Injunctive Relief, Declaratory Judgment, and Damages ("Amended Complaint") as to all claims brought by plaintiffs, Jonathan Feliciano and Sandra Salmeron, and, in the alternative, to dismiss their claims pursuant to Fed. R. Civ. P. 12(b)(6). Defendants respectively move the Court to dismiss the Amended Complaint, pursuant to Fed. R. Civ. P. 12(b)(6), as to all claims brought by the remaining plaintiffs. As reasons for this motion, the defendants incorporate herein by reference their memorandum of law in support of the instant motion.

Respectfully submitted,
THE DEFENDANTS,
LUDLOW SCHOOL COMMITTEE,
LISA NEMETH, TODD GAZDA,
STACY MONETTE, MARIE-CLAIRE FOLEY
AND JORDAN FUNKE

By: */s/ Nancy Frankel Pelletier, Esq.*
Nancy Frankel Pelletier, Esq., BBO #544402
npelletier@robinsondonovan.com

By: */s/ David S. Lawless, Esq*
David S. Lawless, Esq., BBO #664754
dlawless@robinsondonovan.com

Both of:
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, MA  01115
Tel. (413) 732-2301

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 29th day of July, 2022.

*/s/ David S. Lawless*
David S. Lawless, Esq.