IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
SPRINGFIELD DIVISION

| | |
|---|---|
| STEPHEN FOOTE, et. al. )<br>  Plaintiffs, )<br>v.                                  )<br>                                    )<br>TOWN OF LUDLOW, LUDLOW )<br>SCHOOL COMMITTEE, et al., )<br>                                    )<br>  Defendants. )<br>_____) | CASE NO. 3:22-cv-30041-MGM |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs in the above-captioned case appeal to the United States Court of Appeals for the First Circuit from this Court's December 14, 2022, Order granting Defendants' Motion to Dismiss [Doc. 51].

        Respectfully submitted,

Andrew Beckwith
MA Bar No.  657747
Massachusetts Family Institute
401 Edgewater Place, Suite 580
Wakefield, MA 01880
781.569.0400
andrew@mafamily.org

*/s/Mary E. McAlister*
Vernadette R. Broyles (GA Bar No. 593026)\*
Mary E. McAlister (VA Bar No. 76057)\*
CHILD & PARENTAL RIGHTS CAMPAIGN, INC.
5805 State Bridge Rd., Suite G310

Johns Creek, GA 30097
770.448.4525
vbroyles@childparentrights.org
mmcalister@childparentrights.org
*admitted pro hac vice
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically with the Court on January 11, 2023. Service will be effectuated by the Court's electronic notification system upon all counsel or parties of record.

*/s/Mary E. McAlister*
Mary E. McAlister